Submitted on remand from the Oregon Supreme Court July 13, 2000; resubmitted March 4, affirmed April 10, 2002

JEROME KARL ROTH,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

97-06-28967M; A100328

43 P3d 1154

Bob Pangburn for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Holly A. Vance, Assistant Attorney General, for respondent.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

Affirmed. *Weidner v. Armenakis,* 154 Or App 12, 959 P2d 623 (1998), *withdrawn by order* July 13, 1998, *reasoning reaffirmed and readopted in Merrill v. Johnson,* 155 Or App 295, 964 P2d 284, *rev den* 328 Or 40 (1998).